"The judgment should, therefore, be reversed, and a new trial granted, cost to abide event."

*Albert G. McDonald* for appellant.

*A. Simis, Jr.* for respondent.

EARL, J., reads for reversal and new trial.

All concur, except RUGER, Ch. J.. and DANFORTH, J., dissenting.

Judgment reversed.

---

MARTIN CHORNELIUS, Respondent, *v.* DAVID C. HOLTON et al., Appellants.

(Argued October 3, 1887; decided October 18, 1887.)

*Joseph A. Shoudy* for appellants.

*J. Edward Swanstrom* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.